**No. 49014.**—Protest 889470–G of Jantzen Knitting Mills (Portland, Oreg.).

Opinion by TILSON, J. One witness testified in behalf of the plaintiff and numerous exhibits were received in evidence. Plaintiff contends that this case is governed by the decision in *Passaic Worsted Co.* v. *United States* (17 C. C. P. A. 459, T. D. 43916). The court was of the opinion, however, from the record presented, that the case is ruled by the decisions in *Whitlock Cordage Co.* v. *United States* (13 Ct. Cust. Appls. 656, T. D. 41490) and *Jett* v. *United States* (18 C. C. P. A. 86, T. D. 44044). The protest was overruled.

BEFORE THE THIRD DIVISION, DECEMBER 8, 1943

**No. 49015.**—Protest 969444–G of E. Leitz, Inc. (New York).

Opinion by CLINE, J. The record showed that the models in question were marked with the word "Germany," which is the name of the country of origin of the goods. The solicitor reported that the additional duty was improperly assessed under section 304 (b). The protest was therefore sustained.

**No. 49016.**—Protest 78557–K of R. U. Delapenha & Co., Inc. (New York).

Opinion by EKWALL, J. In view of Abstract 45762, and stipulation of counsel that the ginger is not composed in chief value of manufactured sugar, it was held that the tax is not applicable to the merchandise in question.

BEFORE THE FIRST DIVISION, DECEMBER 9, 1943

**No. 49017.**—Protest 79454–K of Burns Lumber Co. (Los Angeles).

Opinion by WALKER, J. It was stipulated that it was the intention of the parties to the original stipulation, on which protest 989717–G was submitted for decision, to include all the merchandise intended by the examiner to be covered by his marking. The protest was therefore sustained to this extent.